O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.      CV 08-03078-SGL(OPx)                                              Date:  October 20, 2008

Title:        DWIGHT MOSES -v- VELOCITY EXPRESS, INC., et al.
==========================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

      Jim Holmes                                                              None Present
      Courtroom Deputy Clerk                                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                               None present

PROCEEDINGS:     ORDER REMOVING CASE FROM PENDING LIST OF CASES
                               (IN CHAMBERS)


      This Court is in receipt of the October 15, 2008, Notice transferring the within action pursuant to order of the Multi-District Litigation Panel, and assigning it to United States District Judge William C. Griesbach, for coordinated or consolidated pretrial proceedings in the Eastern District of Wisconsin, United States District Court.   Accordingly, all matters pending before this court are VACATED.  The Clerk of Court is hereby directed to remove this action from this Court's list of pending cases.

      IT IS SO ORDERED.